UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SHERYL A. GEISE, on behalf of plaintiff and a class,<br><br>              Plaintiff,<br><br>        v.<br><br>WELTMAN, WEINBERG, & REIS CO., L.P.A.,<br><br>              Defendant. | CAUSE NO.: 2:19-CV-195-TLS-JEM |

**ORDER**

This matter is before the Court on the parties' Stipulation to Dismiss [ECF No. 31], filed on May 21, 2020. Within their Stipulation, the parties state as follows:

> [The parties] hereby stipulate to the dismissal of the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice as to Plaintiff's individual claims, and without prejudice as to the unnamed putative class members, with each side to bear their own fees and costs, except as otherwise agreed upon by the parties.

Stipulation to Dismiss, p. 1, ECF No. 31. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Unless the notice of stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

Accordingly, the Court ACKNOWLEDGES that Plaintiff's individual claims are dismissed with prejudice, the claims of the unnamed putative class members are dismissed without prejudice, and each side is to bear their own fees and costs, except as otherwise agreed by the parties.

SO ORDERED on May 22, 2020.

                                                s/ Theresa L. Springmann
                                                CHIEF JUDGE THERESA L. SPRINGMANN
                                                UNITED STATES DISTRICT COURT